IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COURTNEY WADE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 3:23-cv-00488 ) JUDGE RICHARDSON |
| MITSUBISHI MOTORS NORTH AMERICA, INC., | ) ) ) ) |
| Defendant. | ) |

## ORDER

The Court has entered an order (Doc. No. 43, "Order") consolidating this case with case number 3:22-cv-00401. As stated in the Order, all future filing pertaining to either case shall be filed under case number 3:22-cv-00401 (*Id.* at 3).

Accordingly, the Clerk's Office is directed to close this case (3:23-cv-00488).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE